IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JACKIE CLARK**                                                                                                 **PLAINTIFF**

**VS.**                                    **4:06CV000009-WRW**

**ACTION TRANSPORT, INC.**                                              **DEFENDANT**

**ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT and
PUBLIC EMPLOYEE CLAIMS DIVISION**                      **INTERVENORS**

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO INTERVENORS ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT AND
PUBLIC EMPLOYEE CLAIMS DIVISION**

The Complaint in Intervention filed by the Arkansas State Highway and Transportation Department and Public Employees Claims Division having been settled in full, the same should be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 30th day of January, 2008.

                                                                  /s/Wm. R. Wilson, Jr.
                                                 UNITED STATES DISTRICT JUDGE